| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR 02-00270SOM-02 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:07CR-00398-T-17-T(W) |

ORIGINAL

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ANTWAIN SALTERS | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | SUSAN OKI MOLLWAY | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/1/2006   TO 4/30/2009 |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
OCT 19 2007
at ___ o'clock and ___ ___M.
SUE BEITIA, CLERK

**OFFENSE**

OBSTRUCTION OF COMMERCE BY ROBBERY, in violation of 18 U.S.C. § 1951, a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Florida (Tampa)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_9/21/07_   _/s/ Susan Oki Mollway_
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida (Tampa)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_OCTOBER 11th, 2007_   _/s/ Elizabeth A. Kovachevich_
Effective Date                      United States District Judge
                                    ELIZABETH A. KOVACHEVICH
                                    UNITED STATES DISTRICT JUDGE