## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 29, 2007

Office of the Clerk
United States District Court
Middle District of Florida (Tampa)
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

      RE: TRANSFER OF JURISDICTION, PROB 22
      USA VS. ANTWAIN SALTERS (02)
      USDC Hawaii Case No. CR 02-00270 SOM-02
      Your Case No.  8:070cr00398 EAK-TGW-01

Dear Sir,

      Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: Information, filed 2/21/03, Judgment filed 7/31/03, Prob 22 - Order Transferring Jurisdiction, filed 10/19/07  and docket sheet.  Please acknowledge receipt on the copy of this letter and return.

      Sincerely,

      Sue Beitia, Clerk

      By: _____
      Deputy Clerk

encl.

cc: US Probation, Honolulu, HI

*********************************************************************************

Receipt is acknowledged by: _____, Clerk, US District Court

Date: _____    Your case no. _____