

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

RECEIVED
2007 NOV -2  PM 1:06
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

October 29, 2007

Office of the Clerk
United States District Court
Middle District of Florida (Tampa)
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

　　　　RE: TRANSFER OF JURISDICTION, PROB 22
　　　　USA VS. ANTWAIN SALTERS (02)
　　　　USDC Hawaii Case No. CR 02-00270 SOM-02
　　　　Your Case No.  8:070cr00398 EAK-TGW-01

Dear Sir,

　　　　Pursuant to the Order Transferring Jurisdiction, enclosed are the following certified documents: Information, filed 2/21/03, Judgment filed 7/31/03, Prob 22 - Order Transferring Jurisdiction, filed 10/19/07 and docket sheet. Please acknowledge receipt on the copy of this letter and return.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　Sue Beitia, Clerk

　　　　　　　　　By:   _(signature)_
　　　　　　　　　　　　Deputy Clerk

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 05 2007
DISTRICT OF HAWAII

encl.

cc: US Probation, Honolulu, HI

*********************************************************************************

Receipt is acknowledged by: _(signature)_ Clerk, US District Court

Date: 11/1/07　　　　　　Your case no. 8:07-CR-398-T-EAK-TGW